[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-13482
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 22, 2010
JOHN LEY
CLERK

D. C. Docket No. 08-60339-CR-KAM

UNITED STATES OF AMERICA,

                                                            Plaintiff-Appellee,

versus

ROBERTO CARAGOL,

                                                            Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 22, 2010)

Before EDMONDSON, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Gail M. Stage, appointed counsel for Roberto Caragol in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Caragol's conviction and sentence under Count One are **AFFIRMED**.